IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                  Civil No. 1:11-CV-0249
                                          (GTS/DRH)

$2,837.00 IN U.S. CURRENCY AND
ONE 2008 CHEVROLET SILVERADO PICK-UP TRUCK
VIN#: 1GCEK14J98Z103563,

                    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT IN A CIVIL CASE

**WHEREAS,** by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture relating to $2,837.00 in U.S. Currency which was filed with the United States District Court Clerk's Office for the Northern District of New York on July 19, 2011, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the $2,837.00 in U.S. Currency is hereby forfeited to the United States of America to be disposed of in accordance with law.

_____7/21/11_____
Date

_____
Clerk

_____
(By) Deputy Clerk

[FILED STAMP: U.S. DISTRICT COURT - N.D. OF N.Y. FILED JUL 21 2011 AT ____ O'CLOCK Lawrence K. Baerman, Clerk - Syracuse]