# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## CIVIL JUDGMENT OF FORFEITURE

_____

**UNITED STATES OF AMERICA**

      vs.                                      **CASE NUMBER: 1:11-CV-249**
                                                                             **(GTS/DRH)**

**ONE 2008 CHEVROLET SILVERADO**
**PICK-UP TRUCK, VIN: 1GCEK14J98Z103563**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant vehicle, 2008 Chevrolet Silverado Pick-Up Truck, VIN:1GCEK14J98Z103563, is forfeited to the United States of America, and TCT Federal Credit Union, shall withdraw its claim to the defendant vehicle, and sign a release and hold harmless agreement. The Government is to direct the United States Marshals Service to pay to TCT Federal Credit Union an amount up to $5,713.21 in full satisfaction of the lien held by TCT Federal Credit Union, and TCT Federal Credit Union, in turn, shall provide to the United States Marshals Service a Satisfaction of Lien for the defendant vehicle.  The United States Marshal for the Northern District of New York shall be directed to dispose of the defendant vehicle in accordance with the law.

**IT IS FURTHER ORDERED AND ADJUDGED** that each side shall bear its own costs and any and all attorneys fees incurred by the claimant are the claimant's responsibility.

All of the above pursuant to the order of the Honorable District Judge Glenn T. Suddaby, dated the 31st day of September, 2011

DATED: September 1, 2011

                                                        *Lawrence K. Baerman*
                                                        Clerk of Court

                                                        s/ Melissa Ennis
                                                        Melissa Ennis, Deputy Clerk